```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

        vs.                       *   CRIMINAL NO. MJG-15-0016

 BEVERLY CARDEN                   *

*       *       *       *       *       *       *       *       *
```

## MEMORANDUM AND ORDER RE: REPORTING DATE

The Court has before it the request by Defendant Beverly Carden to defer her reporting date to June 1, 2017 [ECF No. 192] and the materials submitted relating thereto. The Court finds that a hearing is unnecessary.

The Defendant seeks a deferral of her reporting date so as to enable her to care for her son during his last year of high school.

The Court finds that extraordinary circumstances warrant the relief sought. The defendant's son is, in effect, being "orphaned" by having both his parents incarcerated at the same time. Under the circumstances here presented, the Court finds it appropriate to stagger the sentences of the son's parents so as to allow the son to pursue his final year of high school without disruption to his living arrangements.

The Defendant has referred to other cases in which there have been staggered sentences for family reasons[1] and, in one case, to enable a business to continue to operate.[2]

The Government notes – and the Court fully agrees - that the Defendant was engaged in a long-term criminal scheme that harmed many (well over a hundred) trusting individuals. Indeed, the Court imposed a variant sentence above the Guideline range and far more than recommended by the Government pursuant to the plea agreement. Nevertheless, the sentence deferral will not, in the Court's view, diminish the effect of the sentence that will be served.

For the foregoing reasons:

1. The request, by Defendant Beverly Carden to defer her reporting date [ECF No. 192] is GRANTED.

2. Defendant Beverly Carden shall appear at the designated facility or the United States Marshal in Baltimore, Maryland on June 1, 2017.

SO ORDERED, this Monday, August 15, 2016.

/s/
Marvin J. Garbis
United States District Judge

---

[1] United States v. Jesse L. Jackson, Jr. (Cr. No. 13-0058) & Sandra Stevens Jackson (Cr. No. 13-0059, D.D.C.)(approximately 30 months); United States v. Giuseppe Giudice & Teresa Giudice (Cr. No. 13-00495, D.N.J.)(approximately 41 months); United States of America v. Thomas L. Bromwell, Sr., W. David Stoffregen, & Mary Patricia Bromwell (Cr. No. 05-00358-JFM, D. Md.)(8 months).
[2] United States of America v. Rassem Ahmad Kaloti & Ishaq Kaloti (Cr. No. 11-00215, E.D. Wisc.)(approximately 22 months).